# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 16-12-BLG-SPW-01 |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| JUAN RAMON DELGADILLO-MEZA and BETHANY ANN FAIRCHILD, | |
| Defendants. | |

Defendant, Juan Ramon Delgadillo-Meza, through his counsel Santiago E. Juarez, has filed a Motion for Extension of Filing Pre-Trial Motions (Doc. 129). Defendant was already granted one extension to file pre-trial motions (Doc. 125). Counsel came on this case on July 28, 2016 (Doc. 85) allowing him adequate time to file pre-trial motions. If the court were to grant this motion, it would mean trial would have to be continued once again. This is the Defendant's fifth trial setting in this matter. Therefore,

IT IS HEREBY ORDERED that the motion to extend the deadline for filing pre-trial motions (Doc. 129) is **DENIED.**

IT IS FURTHER ORDERED that Defendant's Motion to Suppress (Doc. 130) is **DENIED** as being untimely.

The clerk of court is directed to notify counsel of the making of this Order.

DATED this 9th day of January, 2017.

SUSAN P. WATTERS
United States District Judge