IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
NOV 3 0 2017
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 16-12-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JUAN RAMON DELGADILLO-MEZA, | |
| Defendant. | |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Friday, December 15, 2017 at 3:30 p.m. is **VACATED** and reset to commence on **Friday, December 15, 2017 at 2:30 p.m., changing the time of the sentencing only**.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 29th day of November, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1