FILED
DEC 27 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-12-BLG-SPW |
|---|---|
| Plaintiff, | ORDER ON MOTION TO AMEND JUDGMENT |
| vs. | |
| JUAN RAMON DELGADILLO-MEZA, | |
| Defendant. | |

Upon the United States' Motion for Final Order of Forfeiture (Doc. 214), and for good cause appearing,

IT IS HEREBY ORDERED that the government's motion to amend the judgment to include the money judgment in the amount of $1,300,000 agreed to by the defendant in the plea agreement is hereby granted.

DATED this 27th day of December, 2017.

SUSAN P. WATTERS
United States District Judge